# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:23−cv−00429−ADA

Intellectual Ventures I LLC et al v. Volvo Car Corporation et al
Assigned to: Judge Alan D Albright
Related Cases: 6:21−cv−01088−ADA
                1:24−cv−00884−ADA
                6:24−cv−00188−ADA
Cause: 35:271 Patent Infringement

Date Filed: 06/08/2023
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Intellectual Ventures I LLC**     represented by    **Mark D. Siegmund**
Cherry Johnson Siegmund James, PLLC
400 Austin Ave.
Ste 9th Floor
Waco, TX 76701
254−732−2242
Fax: 866−627−3509
Email: msiegmund@cjsjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darcy L. Jones**
Kasowitz Benson Torres, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650−453−5418
Fax: 650.453.5171
Email: djones@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
Kasowitz Benson Torres, LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
650.453.5170
Fax: 650.453.5171
Email: hkim@kasowitz.com
*ATTORNEY TO BE NOTICED*

**John W. Downing**
Kasowitz Benson Torres, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650−453−5426
Fax: 650.453.5171
Email: jdowning@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
Kasowitz Benson Torres, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650–453–5413
Fax: 650.453.5171
Email: mbarber@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Paul G. Williams**
Kasowitz Benson Torres LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
404–260–6102
Fax: 404–393–9752
Email: pwilliams@kasowitz.com
*ATTORNEY TO BE NOTICED*

**ThucMinh Nguyen**
Kasowitz Benson Torres LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
650–453–5420
Fax: 650–362–9302
Email: tnguyen@kasowitz.com
*ATTORNEY TO BE NOTICED*

**William D. Ellerman**
Cherry Johnson Siegmund James, PLLC
400 Austin Ave.
Ste 9th Floor
Waco, TX 76701
254–732–2242
Email: wellerman@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
Kasowitz Benson Torres, LLP
333 Twin Dolphine Drive, Suite 200
Redwood Shores, CA 94065
650–453–5425
Fax: 650.453.5171
Email: jwaldrop@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Intellectual Ventures II LLC** | represented by | **Mark D. Siegmund** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Darcy L. Jones** (See above for address) *ATTORNEY TO BE NOTICED* |

          **Heather S. Kim**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **John W. Downing**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Marcus A. Barber**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Paul G. Williams**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **ThucMinh Nguyen**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **William D. Ellerman**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Jonathan K. Waldrop**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Volvo Car Corporation**     represented by    **Benjamin J. Bradford**
          Jenner & Block LLP
          353 N. Clark St
          Chicago, IL 60654–3456
          312–840–7224
          Email: bbradford@jenner.com
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Haley B. Tuchman**
          Jenner & Block, LLP
          1099 New York Ave Nw, Suite 900
          Washington, DC 20001
          202–639–5351
          Email: htuchman@jenner.com
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Mitchell L. Denti**

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
312−840−7322
Email: mdenti@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barden Todd Patterson**
Patterson & Sheridan, LLP
24 Greenway Plaza, Suite 1600
Houston, TX 77046−2472
713−577−4801
Fax: 713−623−4846
Email: tpatterson@pattersonsheridan.com
*ATTORNEY TO BE NOTICED*

**Kyrie Kimber Cameron**
Patterson & Sheridan, LLP
24 Greenway Plaza, Suite 1600
Houston, TX 77046−2472
713−576−5026
Fax: 713−623−4846
Email: kcameron@pattersonsheridan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Volvo Cars of North America, LLC**          represented by  **Benjamin J. Bradford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Haley B. Tuchman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell L. Denti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barden Todd Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyrie Kimber Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Volvo Car USA LLC**  represented by  **Benjamin J. Bradford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Haley B. Tuchman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell L. Denti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barden Todd Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyrie Kimber Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Volvo Car Corporation**  represented by  **Benjamin J. Bradford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Haley B. Tuchman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell L. Denti**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Barden Todd Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyrie Kimber Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Intellectual Ventures I LLC**     represented by     **Mark D. Siegmund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darcy L. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W. Downing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul G. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThucMinh Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Ellerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Intellectual Ventures II LLC**     represented by     **Mark D. Siegmund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darcy L. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W. Downing**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul G. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThucMinh Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Ellerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number ATXWDC−17530645), filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Civil Cover Sheet)(Waldrop, Jonathan) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 4 | NOTICE *of Related Case* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 5 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Attachments: # 1 Addendum)(Waldrop, Jonathan) (Entered: 06/08/2023) |
| 06/08/2023 | Ï | Please remember to comply with the standing orders located at https://www.txwd.uscourts.gov/judges−information/standing−orders/. (zv) (Entered: 06/09/2023) |
| 06/08/2023 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE |

| | | |
|---|---|---|
| | | NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (zv) (Entered: 06/12/2023) |
| 06/08/2023 | Ï 10 | Summons Issued as to Volvo Car Corporation, Volvo Car USA LLC, and Volvo Cars of North America, LLC. (zv) (Entered: 06/12/2023) |
| 06/09/2023 | Ï 6 | REQUEST FOR ISSUANCE OF SUMMONS by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 06/09/2023) |
| 06/09/2023 | Ï | Plaintiff's counsel was notified by the Clerk's Office of the NOTICE of Related Case 4 has an incorrect case # (last 4 digits) listed in the document of page 1. Also, the date listed for the Date Filed on the Notice of Filing of Patent/Trademark Form (AO 120) 5 should be the date when the case was opened. Counsel is to refile corrected documents using the correct event entries. (zv) (Entered: 06/09/2023) |
| 06/09/2023 | Ï 7 | NOTICE *of Related Case* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 06/09/2023) |
| 06/09/2023 | Ï 8 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Waldrop, Jonathan) (Entered: 06/09/2023) |
| 06/09/2023 | Ï 9 | Summons Issued as to Volvo Car Corporation, Volvo Car USA LLC, and Volvo Cars of North America, LLC. (zv) (Entered: 06/12/2023) |
| 06/13/2023 | Ï 11 | REQUEST FOR ISSUANCE OF SUMMONS by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 06/13/2023) |
| 06/13/2023 | Ï 12 | Summons Issued as to Volvo Car Corporation. (zv) (Entered: 06/14/2023) |
| 06/15/2023 | Ï 13 | SUMMONS Returned Executed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. Volvo Cars of North America, LLC served on 6/12/2023, answer due 7/3/2023. (Siegmund, Mark) (Entered: 06/15/2023) |
| 06/15/2023 | Ï 14 | SUMMONS Returned Executed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. Volvo Car USA LLC served on 6/12/2023, answer due 7/3/2023. (Siegmund, Mark) (Entered: 06/15/2023) |
| 06/20/2023 | Ï 15 | SUMMONS Returned Executed by Intellectual Ventures I LLC, Intellectual Ventures II LLC. Volvo Car Corporation served on 6/14/2023, answer due 7/5/2023. (Siegmund, Mark) (Entered: 06/20/2023) |
| 06/29/2023 | Ï 16 | NOTICE of Attorney Appearance by Barden Todd Patterson on behalf of Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. Attorney Barden Todd Patterson added to party Volvo Car Corporation(pty:dft), Attorney Barden Todd Patterson added to party Volvo Car USA LLC(pty:dft), Attorney Barden Todd Patterson added to party Volvo Cars of North America, LLC(pty:dft) (Patterson, Barden) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 17 | NOTICE of Attorney Appearance by Kyrie Kimber Cameron on behalf of Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. Attorney Kyrie Kimber Cameron added to party Volvo Car Corporation(pty:dft), Attorney Kyrie Kimber Cameron added to party Volvo Car USA LLC(pty:dft), Attorney Kyrie Kimber Cameron added to party Volvo Cars of North America, LLC(pty:dft) (Cameron, Kyrie) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 18 | NOTICE *of Unopposed Extension of Deadline to Respond to Complaint* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC re 1 Complaint,,, (Cameron, Kyrie) (Entered: 06/29/2023) |
| 06/29/2023 | Ï | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines: Volvo Car Corporation answer due 8/4/2023. Volvo Car USA LLC and Volvo Cars of North America, LLC answer due 8/2/2023. (zv) (Entered: 06/29/2023) |
| 07/31/2023 | Ï 19 | NOTICE *of Unopposed Second Extension of Deadline to Respond to Complaint* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC re 1 Complaint,,, (Cameron, Kyrie) (Entered: 07/31/2023) |
| 07/31/2023 | Ï | DEFICIENCY NOTICE: re 19 Notice (Other). Pursuant to Standing Order in Patent Cases, extensions beyond 45 days from the original answer date are disfavored and require a Motion and a proposed Order which shall omit the word "proposed" from the title. Please refile in form of a Motion. Thank you. (zv) (Entered: 07/31/2023) |
| 07/31/2023 | Ï 20 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,,, by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Proposed Order)(Cameron, Kyrie) (Entered: 07/31/2023) |
| 08/01/2023 | Ï | Text Order GRANTING 20 Motion for Extension of Time to Answer entered by Judge Alan D Albright. This Court, after considering Defendants Volvo Car Corporation, Volvo Cars of North America, LLC, and Volvo Car USA, LLCs unopposed motion for further extension of time for Defendants to answer or otherwise respond to Plaintiffs Complaint, is of the opinion that the Motion should be granted.It is therefore ORDERED that Defendants Unopposed Motion for Further Extension of Time to Respond to Complaint is GRANTED. Defendants deadline to respond to Plaintiffs Complaint is extended until and including September 15, 2023. (This is a text−only entry generated by the court. There is no document associated with this entry.) (NMlc) (Entered: 08/01/2023) |
| 08/01/2023 | Ï | Reset Deadlines: Volvo Car Corporation, Volvo Car USA LLC, and Volvo Cars of North America, LLC answer due 9/15/2023. (zv) (Entered: 08/01/2023) |
| 08/29/2023 | Ï 21 | MOTION to Appear Pro Hac Vice by Barden Todd Patterson *for Benjamin J. Bradford* ( Filing fee $ 100 receipt number ATXWDC−17822779) by on behalf of Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Proposed Order Granting PHV Appearance)(Patterson, Barden) (Entered: 08/29/2023) |
| 08/29/2023 | Ï 22 | MOTION to Appear Pro Hac Vice by Barden Todd Patterson *for Haley B. Tuchman* ( Filing fee $ 100 receipt number ATXWDC−17822943) by on behalf of Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Proposed Order Granting PHV Appearance)(Patterson, Barden) (Entered: 08/29/2023) |
| 08/30/2023 | Ï 23 | ORDER GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Benjamin J. Bradford. Attorney added for Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot1) (Entered: 08/30/2023) |
| 08/30/2023 | Ï 24 | ORDER GRANTING 22 Motion to Appear Pro Hac Vice for Attorney Haley B. Tuchman. Attorney added for Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot1) (Entered: 08/30/2023) |
| 09/13/2023 | Ï 25 | Opposed MOTION for Extension of Time to File *their Motion to Dismiss* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Patterson, Barden) Modified on 9/15/2023 to terminate Instant Motion per Defendant's Counsel Office. (zv). (Entered: 09/13/2023) |
| 09/15/2023 | Ï 26 | Opposed MOTION for Extension of Time to File Answer re 1 Complaint,,, by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Proposed Order)(Cameron, Kyrie) (Entered: 09/15/2023) |
| 09/20/2023 | Ï 27 | Response in Opposition to Motion, filed by Intellectual Ventures I LLC, Intellectual Ventures II LLC, re 26 Opposed MOTION for Extension of Time to File Answer re 1 Complaint,,, filed by Defendant Volvo Cars of North America, LLC, Defendant Volvo Car USA LLC, Defendant Volvo Car Corporation (Attachments: # 1 Proposed Order)(Waldrop, Jonathan) (Entered: 09/20/2023) |
| 09/22/2023 | Ï 28 | Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order) (Patterson, Barden) (Entered: 09/22/2023) |
| 09/22/2023 | Ï | DEFICIENCY NOTICE: re 28 Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. The Certificate of Service states that service was accomplished via CM/ECF, however that is not possible with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #28. Thank you. (see Local Rule CV−5.2(e)) (zv) (Entered: 09/22/2023) |
| 09/22/2023 | Ï 29 | NOTICE *of Corrected Certificate of Service* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC re 28 Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Patterson, Barden) (Entered: 09/22/2023) |
| 09/29/2023 | Ï 30 | Redacted Copy of 28 Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Patterson, Barden) (Entered: 09/29/2023) |
| 09/29/2023 | Ï 31 | NOTICE */ Plaintiffs Notice Of Intent To Proceed With Venue Discovery* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 09/29/2023) |
| 09/29/2023 | Ï 32 | Joint MOTION for Extension of Time to File *Joint Case Readiness Status Report* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Proposed Order Granting Joint Motion To Extend Time To File Joint Case Readiness Status Report)(Waldrop, Jonathan) (Entered: 09/29/2023) |
| 09/29/2023 | Ï | DEFICIENCY NOTICE: re 32 Joint MOTION for Extension of Time to File *Joint Case Readiness Status Report*. Pursuant to Standing Order in Patent Cases, agreed extensions that do not change hearing/trial dates must be filed in the form of a Notice. Instant Motion has been terminated and no order will issue. Please refile in form of a Notice. Thank you. (zv) (Entered: 10/02/2023) |
| 10/02/2023 | Ï 33 | NOTICE *(Joint) Regarding Agreement to Extend Time to File Joint Case Readiness Status Report* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Waldrop, Jonathan) (Entered: 10/02/2023) |
| 10/02/2023 | Ï 34 | STATUS REPORT */ Joint Case Readiness Status Report* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 10/02/2023) |
| 11/14/2023 | Ï 35 | NOTICE *of Extension of Deadlines for Venue−Related Discovery and Briefing* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Patterson, Barden) (Entered: 11/14/2023) |
| 11/21/2023 | Ï 36 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time to File *Joint Proposed Scheduling Order* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Proposed Order)(Waldrop, Jonathan) (Entered: 11/21/2023) |
| 11/26/2023 | | Text Order GRANTING 36 Motion for Extension of Time to File entered by Judge Alan D Albright. Came on for consideration is Parties' Joint Motion. Noting that it is a Joint Motion, the Court GRANTS the Motion. Parties shall have up to and including December 8, 2023 to file the Joint Proposed Scheduling Order. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jslc) (Entered: 11/26/2023) |
| 11/29/2023 | 37 | NOTICE of Attorney Appearance by Paul G. Williams on behalf of Intellectual Ventures I LLC, Intellectual Ventures II LLC. Attorney Paul G. Williams added to party Intellectual Ventures I LLC(pty:pla), Attorney Paul G. Williams added to party Intellectual Ventures II LLC(pty:pla) (Williams, Paul) (Entered: 11/29/2023) |
| 12/07/2023 | 38 | REQUEST FOR ISSUANCE OF SUMMONS by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Siegmund, Mark) (Entered: 12/07/2023) |
| 12/07/2023 | 39 | Summons Issued as to Volvo Car Corporation. (zv) (Entered: 12/07/2023) |
| 12/07/2023 | 40 | Joint MOTION for Confidentiality/Protective Order by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Agreed Protective Order)(Waldrop, Jonathan) (Entered: 12/07/2023) |
| 12/07/2023 | 41 | Joint MOTION for Entry of Scheduling Order Deadlines by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Exhibit A − Scheduling Order)(Waldrop, Jonathan) (Entered: 12/07/2023) |
| 12/08/2023 | 42 | SCHEDULING ORDER: Joinder of Parties due by 5/30/2024. Markman Hearing set for 4/12/2024 09:00 AM before Judge Alan D Albright. Amended Pleadings due by 6/27/2024. Dispositive Motions due by 1/23/2025.Final Pretrial Conference set for 4/3/2025 before Judge Alan D Albright. Jury Selection set for 4/10/2025 before Judge Derek T. Gilliland. Jury Trial set for 4/10/2025 before Judge Alan D Albright. Motions terminated: 41 Joint MOTION for Entry of Scheduling Order Deadlines filed by Intellectual Ventures II LLC, Intellectual Ventures I LLC. Signed by Judge Alan D Albright. (zv) (Entered: 12/08/2023) |
| 12/08/2023 | 43 | ORDER GRANTING 40 Joint MOTION for Confidentiality/Protective Order. Signed by Judge Alan D Albright. (zv) (Entered: 12/08/2023) |
| 12/08/2023 | 44 | Documents received in Clerk's Office for foreign service via FedEx. Pick up information is enclosed. (zv) (Entered: 12/08/2023) |
| 12/22/2023 | 45 | Sealed Document: Plaintiffs' Brief In Opposition To Defendants' Motion To Dismiss For Improper Service And Improper Venue of 28 Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Declaration Of Jonathan K. Waldrop In Support Of Plaintiffs' Brief In Opposition To Defendants' Motion To Dismiss For Improper Service And Improper Venue, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9) (Waldrop, Jonathan) (Entered: 12/22/2023) |
| 12/29/2023 | 46 | Redacted Copy of 45 Sealed Document,, by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 12/29/2023) |
| 01/08/2024 | 47 | Acknowledgment of Service returned by Intellectual Ventures I LLC, Intellectual Ventures II LLC. Volvo Car Corporation served on 12/27/2023, answer due 1/26/2024. (Siegmund, Mark) (Entered: 01/08/2024) |

| | | |
|---|---|---|
| 01/16/2024 | 48 | Sealed Document: Defendants' Reply in Support of 28 Sealed Motion to Dismiss for Improper Service and Improper Venue by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Patterson, Barden) (Entered: 01/16/2024) |
| 01/16/2024 | | DEFICIENCY NOTICE: re 48 Sealed Document. The Certificate of Service states that service was accomplished via CM/ECF, however that is not possible with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #48. Thank you. (see Local Rule CV–5.2(e)) (zv) (Entered: 01/17/2024) |
| 01/17/2024 | 49 | NOTICE *of Corrected Certificate of Service* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC re 48 Sealed Document, (Patterson, Barden) (Entered: 01/17/2024) |
| 01/22/2024 | 50 | STATUS REPORT *on Defendant's' Opposed Motion to Dismiss for Improper Service or, in the Alternative, Transfer to the District of New Jersey* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Cameron, Kyrie) (Entered: 01/22/2024) |
| 01/23/2024 | 51 | Redacted Copy of 48 Sealed Document, by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Patterson, Barden) (Entered: 01/23/2024) |
| 01/23/2024 | | Parties shall comply with Judge Albright's updated Standing Order Governing Proceedings – Patent Cases available by clicking the hyperlink.<br><br>(bot1) (Entered: 01/25/2024) |
| 02/05/2024 | 52 | ORDER SETTING MARKMAN HEARING. Markman Hearing set by Zoom for 5/24/2024 02:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (zv) (Entered: 02/05/2024) |
| 02/07/2024 | 53 | STIPULATION *Regarding Claim Construction* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Cameron, Kyrie) (Entered: 02/07/2024) |
| 02/09/2024 | 54 | NOTICE *OF DEFENDANTS UNOPPOSED REQUEST TO CHANGE CLAIM CONSTRUCTION BRIEFING DEADLINES* by Volvo Car USA LLC, Volvo Cars of North America, LLC (Cameron, Kyrie) (Entered: 02/09/2024) |
| 02/21/2024 | 55 | STIPULATION *To Amend Scheduling Order* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Proposed Order)(Waldrop, Jonathan) Modified on 2/22/2024 due to incorrect event entry used. Changed to Motion to Extend Scheduling Order Deadlines (zv). (Entered: 02/21/2024) |
| 02/27/2024 | 56 | NOTICE *of Defendants' Unopposed Request to Change Volvo Car Corporation's Deadline to Respond to the Complaint* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Cameron, Kyrie) (Entered: 02/27/2024) |
| 02/27/2024 | | ***RETRACTED per Chambers due to one time circumstances involved and Clerk's Office will proceed with 56 Notice.*** DEFICIENCY NOTICE: re 56 Notice (Other). Pursuant to Standing Order in Patent Cases, extensions beyond 45 days from the original answer date are disfavored and require a Motion and a proposed Order which shall omit the word "proposed" from the title. Please refile in form of a Motion. Thank you. (zv) Modified on 2/27/2024 (zv). (Entered: 02/27/2024) |
| 02/27/2024 | | Reset Deadlines: Volvo Car Corporation answer due 3/22/2024. (zv) (Entered: 02/27/2024) |
| 03/01/2024 | 57 | Opening Claim Construction Brief by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit J)(Cameron, Kyrie) (Entered: |

| | | |
|---|---|---|
| | | 03/01/2024) |
| 03/01/2024 | Ï 58 | Sealed Document: Exhibit I of 57 Claim Construction Brief, by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC (Cameron, Kyrie) (Entered: 03/01/2024) |
| 03/01/2024 | Ï | DEFICIENCY NOTICE: re 58 Sealed Document. Please be advised that there is no Certificate of Service attached. Service cannot be accomplished via CM/ECF with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #58. Thank you. (see Local Rule CV−5.2(e)) (zv) (Entered: 03/01/2024) |
| 03/01/2024 | Ï 59 | NOTICE *of Corrected Certificate of Service* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC re 58 Sealed Document (Cameron, Kyrie) (Entered: 03/01/2024) |
| 03/22/2024 | Ï 60 | *Volvo Car Corporation's* ANSWER to 1 Complaint,,, with Jury Demand *and*, COUNTERCLAIM against Intellectual Ventures I LLC, Intellectual Ventures II LLC by Volvo Car Corporation.(Cameron, Kyrie) (Entered: 03/22/2024) |
| 03/22/2024 | Ï 61 | Reply Claim Construction Brief by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Declaration Of Jonathan K. Waldrop, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Waldrop, Jonathan) (Entered: 03/22/2024) |
| 04/09/2024 | Ï 62 | STIPULATION *to Extend Deadline to Enter Joint Claim Construction Statement (Joint)* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 04/09/2024) |
| 04/12/2024 | Ï 63 | RESPONSE */ Plaintiffs' Answer To Volvo Car Corporation's Counterclaims* to 60 Answer to Complaint, Counterclaim by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 04/12/2024) |
| 04/12/2024 | Ï 64 | STIPULATION *Regarding Volvo Car Corporation (Joint)* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 04/12/2024) |
| 04/12/2024 | Ï 65 | Reply Claim Construction Brief regarding 61 Claim Construction Brief, by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Cameron, Kyrie) (Entered: 04/12/2024) |
| 04/22/2024 | Ï 66 | ORDER APPOINTING TECHNICAL ADVISOR. Signed by Judge Alan D Albright. (zv) (Entered: 04/22/2024) |
| 04/26/2024 | Ï 67 | STATUS REPORT *on Defendant's' Opposed Motion to Dismiss for Improper Service or, in the Alternative, Transfer to the District of New Jersey* by Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Cameron, Kyrie) (Entered: 04/26/2024) |
| 04/29/2024 | Ï 68 | ORDER RESETTING ZOOM MARKMAN HEARING. Markman Hearing set for 5/24/2024 09:30 AM via ZOOM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bw) (Entered: 04/29/2024) |
| 05/03/2024 | Ï 69 | Sur−Reply Claim Construction Brief by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Attachments: # 1 Declaration Of Jonathan K. Waldrop, # 2 Exhibit 1)(Waldrop, Jonathan) (Entered: 05/03/2024) |
| 05/13/2024 | Ï 70 | Joint Claim Construction Brief or Statement by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 05/13/2024) |
| 05/20/2024 | Ï 71 | ORDER RESETTING ZOOM MARKMAN HEARING. ZOOM MARKMAN HEARING reset for 6/14/2024 01:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (zv) |

| | | |
|---|---|---|
| | | (Entered: 05/20/2024) |
| 05/30/2024 | Ï 72 | MOTION to Appear Pro Hac Vice by Barden Todd Patterson *on Behalf of Mitchell L. Denti* ( Filing fee $ 100 receipt number ATXWDC–18821115) by on behalf of Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. (Attachments: # 1 Proposed Order)(Patterson, Barden) (Entered: 05/30/2024) |
| 05/31/2024 | Ï 73 | ORDER GRANTING 72 Motion to Appear Pro Hac Vice for Attorney Mitchell L. Denti. Attorney added for Volvo Car Corporation, Volvo Car USA LLC, Volvo Cars of North America, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (bot1) (Entered: 05/31/2024) |
| 06/03/2024 | Ï 74 | ORDER RESETTING ZOOM MARKMAN HEARING. Markman Hearing reset by Zoom for 6/14/2024 01:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (zv) (Entered: 06/03/2024) |
| 06/03/2024 | Ï 75 | NOTICE of Attorney Appearance by William D. Ellerman on behalf of Intellectual Ventures I LLC, Intellectual Ventures II LLC. Attorney William D. Ellerman added to party Intellectual Ventures I LLC(pty:pla), Attorney William D. Ellerman added to party Intellectual Ventures II LLC(pty:pla) (Ellerman, William) (Entered: 06/03/2024) |
| 06/10/2024 | Ï 76 | ORDER CANCELLING ZOOM MARKMAN HEARING. ZOOM MARKMAN HEARING on Friday, June 14, 2024 at 01:30 PM is hereby CANCELLED until further order of the court. Signed by Judge Alan D Albright. (zv) (Entered: 06/11/2024) |
| 06/20/2024 | Ï 77 | Opposed MOTION to Stay *or Vacate Scheduling Order Deadlines Pending Markman Hearing* by Volvo Car Corporation, Volvo Car USA LLC. (Attachments: # 1 Proposed Order)(Cameron, Kyrie) (Entered: 06/20/2024) |
| 06/20/2024 | Ï | DEFICIENCY NOTICE: re 77 Opposed MOTION to Stay *or Vacate Scheduling Order Deadlines Pending Markman Hearing*. Please refer to Judge Albright's Order Governing Proceedings in Patent Cases. Proposed Orders should not contain the word proposed in the title. The Motion will stay on the case as filed, but please file a corrected order as an Attachment to doc #77. Thank you. (zv) (Entered: 06/20/2024) |
| 06/21/2024 | Ï 78 | Proposed Order to 77 Opposed MOTION to Stay *or Vacate Scheduling Order Deadlines Pending Markman Hearing* by Volvo Car Corporation, Volvo Car USA LLC. (Cameron, Kyrie) (Entered: 06/21/2024) |
| 06/28/2024 | Ï 79 | STIPULATION *(Unopposed) for Extension of Time* by Intellectual Ventures I LLC, Intellectual Ventures II LLC. (Waldrop, Jonathan) (Entered: 06/28/2024) |
| 07/01/2024 | Ï 80 | Sealed Document: Plaintiffs' Brief In Opposition To Defendants' Motion To Stay Or Vacate Scheduling Order Deadlines Pending Markman Hearing of 77 Opposed MOTION to Stay *or Vacate Scheduling Order Deadlines Pending Markman Hearing* by Intellectual Ventures I LLC, Intellectual Ventures II LLC (Attachments: # 1 Declaration Of Jonathan K. Waldrop, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Errata 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Waldrop, Jonathan) (Entered: 07/01/2024) |
| 07/01/2024 | Ï | DEFICIENCY NOTICE: re 80 Sealed Document. The Certificate of Service states that service was accomplished via CM/ECF, however that is not possible with sealed documents. Though a Notice goes out to all attys, the document filed is not accessible. Please secure another means of service and file a corrected Certificate of Service linked to document #80. Thank you. (see Local Rule CV–5.2(e)) (zv) (Entered: 07/02/2024) |

| | | |
|---|---|---|
| 07/02/2024 | Ï 81 | NOTICE *of Corrected Certificate of Service* by Intellectual Ventures I LLC, Intellectual Ventures II LLC re 80 Sealed Document,, (Waldrop, Jonathan) (Entered: 07/02/2024) |
| 07/08/2024 | Ï 82 | REPLY to Response to Motion, filed by Volvo Car Corporation, Volvo Car USA LLC, re 77 Opposed MOTION to Stay *or Vacate Scheduling Order Deadlines Pending Markman Hearing* filed by Defendant Volvo Car USA LLC, Volvo Car Corporation (Cameron, Kyrie) (Entered: 07/08/2024) |
| 07/16/2024 | Ï | Text Order GRANTING 77 Motion to Stay entered by Judge Alan D Albright. Before the Court is Volvos Motion to Stay or Vacate All Scheduling Order Deadlines pending entry of a new Markman hearing date and new case schedule. The Motion is GRANTED. All pending deadlines are VACATED from the entry of this Order and will be replaced by a new scheduling order. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jslc) (Entered: 07/16/2024) |
| 07/16/2024 | Ï | Case Stayed. Deadlines and Hearings terminated. (lad) (Entered: 07/16/2024) |
| 09/18/2024 | Ï 83 | Sealed ORDER GRANTING−IN−PART AND DENYING−IN−PART DEFENDANTS MOTION TO DISMISS FOR IMPROPER SERVICE AND IMPROPER VENUE re 28 . Signed by Judge Alan D Albright. (zv) (Entered: 09/18/2024) |